TCC:jp 980601

FILED-E04

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

WILLIAM J. SULLIVAN,

    Plaintiff,

v.

MICHAEL W. ALLEGRETTI,

    Defendant.

No. 01C 9562

JUDGE ZAGEL
MAGISTRATE JUDGE ASHMAN

## COMPLAINT

The Plaintiff, William J. Sullivan, by and through his attorney, Thomas C. Crooks, complains of the defendant, Michael W. Allegretti, as follows:

1.    This action seeks damages under federal law, 42 U.S.C. §1983, for defendant's acts in violation of Plaintiffs' rights under the Fourteenth and Fourth Amendments to the United States Constitution. This action also seeks damages under Illinois law for assault and intentional infliction of emotional distress.

## JURISDICTION

2.    The jurisdiction of this Court is invoked pursuant to 28 U.S.C. Section 1331 and this Court's supplemental jurisdiction. Venue in this district is predicated on 28 U.S.C. Section 1391 (b).

## PARTIES AND FACTS
## COMMON TO ALL COUNTS

3.    At all times material hereto, the Plaintiff, William J. Sullivan, was a resident of the Village of Park Ridge, County of Cook, State of Illinois.

4.    At all times material hereto defendant, Michael W. Allegretti was a sworn law enforcement officer employed by the City of Chicago. At all times material hereto defendant Allegretti was acting under color of state law. Allegretti is sued individually and in his official

capacity.

5. At all relevant times hereto Allegretti was a Chicago Police Officer working out of the 17th District. By Chicago Police Department rules Allegretti is considered to be on duty 24 hours per day. Additionally, Allegretti was employed part-time by the Chicago Board of Education providing security for Chicago Public Schools. At all relevant times hereto Allegretti used his status and authority as a Chicago Police Officer to harass and terrorize the plaintiff.

6. While working for the Chicago Public Schools Allegretti, in September of 2000, met Andrea M. Sullivan, the lawful wife of William J. Sullivan, who was employed as a school teacher at the school were Allegretti was providing security. In November of 2000 Allegretti initiated and began a sexual relationship with Andrea M. Sullivan. Allegretti began calling plaintiff's home repeatedly throughout December and January of 2001 and beyond.

7. On or about January 10, 2001 plaintiff confronted Allegretti, told him to stop calling plaintiff's home and to leave his wife alone. Allegretti told plaintiff that he loved Andrea, that she loved him and he was not going to let her go. Allegretti accused plaintiff of following him, threatened to arrest plaintiff and told plaintiff he was lucky he did not "blow his head off." Allegretti continued to call plaintiff's home.

8. On or about January 24, 2001 Andrea telephoned Allegretti and told him she was ending the relationship and asked him to stop calling. Allegretti continued to call Andrea on her cell phone in an attempt to continue the relationship. On January 27, 2001 Allegretti telephoned plaintiff's home at 2:30 p.m. On January 29, 2001, Allegretti, while on duty as a Chicago Police Officer, drove slowly past plaintiff's home in Park Ridge in a marked Chicago squad car.

9. On March 11, 2001, Andrea, at the direction and with the encouragement of

Allegretti, filed a false police report with Park Ridge, accusing plaintiff of sexual assault. Andrea threatened to seek a warrant for plaintiff's arrest if he reported any of Allegretti's conduct.

10. On or about March 20, 2001 Allegretti telephoned plaintiff from his place of employment at Lloyd School. Allegretti told plaintiff that Andrea hated plaintiff and that Allegretti was going to continue to see her. Allegretti told plaintiff that plaintiff had a "little dick." Following the telephone call plaintiff went to Lloyd School, where Allegretti was working security.

11. Plaintiff spoke with Allegretti in the parking lot at Lloyd School while Allegretti was working his security job at Lloyd School. Plaintiff threatened to tell Allegretti's wife of the relationship between Allegretti and Andrea if Allegretti did not stay away from his wife. In response, Allegretti pulled a pistol from his holster and pointed it at plaintiff's forehead from a distance of five feet and said that if plaintiff went near Allegretti's wife he would "blow his f__ing head off. I'm serious. Don't f__k with me."

12. On or about March 22, 2001 Allegretti confronted plaintiff outside of plaintiff's business office in the 17th district. Allegretti told plaintiff that he had been "f—ing" his wife for months and there was nothing plaintiff could do about it. Allegretti said he might find drugs in plaintiff's car if plaintiff "f__cked" with him.

13. Plaintiff and his wife began living apart on or about April 6, 2001.

14. On or about May 20, 2001 Allegretti approached plaintiff while they were both in their automobiles. Allegretti warned plaintiff to leave plaintiff's wife alone. Allegretti pulled out a pistol, pointed it at plaintiff and said "If you don't back off, I'm going to blow your f__ing head off and claim it was self-defense. I'll use my badge to get away with it."

15. On or about May 22, 2001 plaintiff reported Allegretti's actions, as described above,

to the Office of Professional Standards for the Chicago Police Department.

16. On June 21, 2001, with the assistance and encouragement of Allegretti, Andrea sought and procured an ex parte order of protection against plaintiff based on false statements. The order of protection sought protection for Allegretti as well as for Andrea. On October 2, 2001, following a full hearing, the order of protection was vacated. Upon information and belief, the idea for procuring the fraudulent order of protection originated with Allegretti.

17. On or about August 1, 2001, at 6:30 a.m. Allegretti telephoned plaintiff and threatened to kill him if Allegretti lost his job.

18. In or about August of 2001 Allegretti knowingly made a false report to the Chicago Police Department, accusing plaintiff of bribing department personnel in order to procure information on Allegretti. As a result of Allegretti's false allegation the Chicago Police Department began an investigation of the plaintiff.

19. From 1996 through at least August of 2001, Allegretti worked a part-time security for Jacobs Twin Buick for approximately 12 to 15 hours per week. As part of an elaborate scheme involving other police officers, Allegretti worked the job under different assumed names and social security numbers to avoid the payment of federal and state income tax and social security taxes on his earnings. During the period alleged Allegretti used in excess of 150 different names as part of the scheme. On at least one occasion in 2001 Allegretti worked at Jacobs Twin Buick using plaintiff's name, Bill Sullivan, to defraud the government.

20. On or about November 10, 2001 Allegretti was overheard in a telephone conversation saying that an officer in the 25th district was going to "take care of Bill."

4

## COUNT I - EXCESSIVE FORCE

1-20. Plaintiffs incorporate by reference ¶¶ 1 through 20 as if fully set forth here.

21. Allegretti was without legal authority to threaten plaintiff by pointing his gun at plaintiff as alleged in ¶¶ 11 and 14. The force used by Allegretti was excessive and violated plaintiff's rights under the Fourteenth and Fourth Amendments to the United States Constitution.

22. At all relevant times hereto Allegretti used his status and the accouterments of a Chicago Police Officer in order to carry out his plan of harassment and excessive force against the plaintiff.

23. As a direct and proximate result of Allegretti's violations of plaintiff's Fourth and Fourteenth Amendment rights plaintiff has endured emotional pain and suffering, fright, mental anguish and severe emotional distress.

24. At all relevant times hereto, Allegretti's actions were willful, wanton, intentional and malicious. Punitive damages should be awarded in order to punish and deter such conduct.

WHEREFORE, the plaintiff, William J. Sullivan, prays for judgment in his favor and against the defendant, Michael W. Allegretti, in an amount in excess of One Million Dollars ($1,000,000.00) plus punitive damages, reasonable attorneys fees and costs.

## COUNT II - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

1-20. Plaintiffs incorporate by reference ¶¶ 1 through 20 as if fully set forth here.

21. Allegretti's conduct, as described in paragraphs 6 through 19 was outrageous. Allegretti intended to cause plaintiff severe emotional distress.

5

22. As a result of his outrageous conduct, Allegretti directly and proximately caused plaintiff to suffer severe emotional distress, including anger, mental anguish, fear and worry.

23. At all relevant times hereto, Allegretti's actions were willful, wanton, intentional and malicious. Punitive damages should be awarded in order to punish and deter such conduct.

WHEREFORE, the plaintiff, William J. Sullivan, prays for judgment in his favor and against the defendant, Michael W. Allegretti, in an amount in excess of One Million Dollars ($1,000,000.00) plus punitive damages and costs.

## COUNT III - ASSAULT

1-20. Plaintiffs incorporate by reference ¶¶ 1 through 20 as if fully set forth here.

21. Without cause or provocation, Allegretti willfully and intentionally threatened plaintiff with violence upon his person as alleged in paragraphs 11 and 14. As a result of defendants' actions, plaintiff reasonably feared the imminent receipt of a battery from Allegretti.

22. As a direct and proximate result of the assaults committed by Allegretti plaintiff has suffered severe emotional distress, including anger, mental anguish, fear and worry.

23. At all relevant times, Allegretti's actions were willful, wanton, intentional and malicious. Punitive damages should be awarded in order to punish and deter such conduct.

WHEREFORE, the plaintiff, William J. Sullivan, prays for judgment in his favor and against the defendant, Michael W. Allegretti, in an amount in excess of One Million Dollars ($1,000,000.00) plus punitive damages and costs.

_____
Thomas C. Crooks, Attorney for the Plaintiff

## RULE 38 JURY DEMAND

Pursuant to Rule 38 the Plaintiffs demand trial by jury for all claims triable by jury.


Thomas C. Crooks
Three First National Plaza Suite 535
Chicago, Illinois 60602
Telephone: 312-641-2260
Facsimile: 312-641-5220

JS 44
(Rev. 12/96)

(ct #2)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
William J. Sullivan

**DEFENDANTS**
Michael W. Allergretti

DOCKETED DEC 17 2001

01 DEC 14 PM 2:
CLERK
U.S. DISTRICT COU

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:** Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Thomas C. Crooks
Three First National Plaza # 535
Chicago, IL 60602   312-641-2260

**ATTORNEYS (IF KNOWN)**
01C 9562 MAGISTRATE JUDGE ZAGEL
JUDGE ASHMAN

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☐4 | |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

CONTRACT: 110 Insurance, 120 Marine, 130 Miller Act, 140 Negotiable Instrument, 150 Recovery of Overpayment & Enforcement of Judgment, 151 Medicare Act, 152 Recovery of Defaulted Student Loans (Excl. Veterans), 153 Recovery of Overpayment of Veteran's Benefits, 160 Stockholders' Suits, 190 Other Contract, 195 Contract Product Liability

REAL PROPERTY: 210 Land Condemnation, 220 Foreclosure, 230 Rent Lease & Ejectment, 240 Torts to Land, 245 Tort Product Liability, 290 All Other Real Property

TORTS – PERSONAL INJURY: 310 Airplane, 315 Airplane Product Liability, 320 Assault, Libel & Slander, 330 Federal Employers' Liability, 340 Marine, 345 Marine Product Liability, 350 Motor Vehicle, 355 Motor Vehicle Product Liability, 360 Other Personal Injury

TORTS – PERSONAL INJURY: 362 Personal Injury – Med. Malpractice, 365 Personal Injury – Product Liability, 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY: 370 Other Fraud, 371 Truth in Lending, 380 Other Personal Property Damage, 385 Property Damage Product Liability

CIVIL RIGHTS: 441 Voting, 442 Employment, 443 Housing/Accommodations, 444 Welfare, ☒ 440 Other Civil Rights

PRISONER PETITIONS: 510 Motions to Vacate Sentence, HABEAS CORPUS: 530 General, 535 Death Penalty, 540 Mandamus & Other, 550 Civil Rights, 555 Prison Condition

FORFEITURE/PENALTY: 610 Agriculture, 620 Other Food & Drug, 625 Drug Related Seizure of Property 21 USC 881, 630 Liquor Laws, 640 R.R. & Truck, 650 Airline Regs., 660 Occupational Safety/Health, 690 Other

LABOR: 710 Fair Labor Standards Act, 720 Labor/Mgmt. Relations, 730 Labor/Mgmt. Reporting & Disclosure Act, 740 Railway Labor Act, 790 Other Labor Litigation, 791 Empl. Ret. Inc. Security Act

BANKRUPTCY: 422 Appeal 28 USC 158, 423 Withdrawal 28 USC 157

PROPERTY RIGHTS: 820 Copyrights, 830 Patent, 840 Trademark

SOCIAL SECURITY: 861 HIA (1395ff), 862 Black Lung (923), 863 DIWC/DIWW (405(g)), 864 SSID Title XVI, 865 RSI (405(g))

FEDERAL TAX SUITS: 870 Taxes (U.S. Plaintiff or Defendant), 871 IRS – Third Party 26 USC 7609

OTHER STATUTES: 400 State Reapportionment, 410 Antitrust, 430 Banks and Banking, 450 Commerce/ICC Rates, 460 Deportation, 470 Racketeer Influenced Corrupt Organizations, 810 Selective Service, 850 Securities/Commodities/Exchange, 875 Customer Challenge 12 USC 3410, 891 Agricultural Acts, 892 Economic Stabilization Act, 893 Environmental Matters, 894 Energy Allocation Act, 895 Freedom of Information Act, 900 Appeal of Fee Determination Under Equal Access, 950 Constitutionality of State Statutes, 890 Other Statutory Actions

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Suit Sec. 1983 alleged excessive force and state causes of action

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ $1,000,000
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 12.14.01

SIGNATURE OF ATTORNEY OF RECORD: [signature]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In the Matter of William J. Sullivan V. Michael W. Allegretti

Case Number: 01C 9562

FILED DOCKETED
01 DEC 14 PM 2 DEC 17 2001
CLERK U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR: William J. Sullivan

JUDGE ZAGEL
MAGISTRATE JUDGE ASHMAN

| (A) | (B) |
|---|---|
| SIGNATURE: /s/ | SIGNATURE: |
| NAME: Thomas C. Crooks | NAME: |
| FIRM: Attorney at Law | FIRM: |
| STREET ADDRESS: Three First National Plaza # 535 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312-641-2260 / FAX NUMBER: 312-641-5220 | TELEPHONE NUMBER: / FAX NUMBER: |
| E-MAIL ADDRESS: TCROOKS@BARRISTERS.COM | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 00547336 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: / FAX NUMBER: | TELEPHONE NUMBER: / FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |